# Court of Appeals
# of the State of Georgia

ATLANTA,  October 23, 2014

*The Court of Appeals hereby passes the following order:*

## A15D0080. GREGORY DABNEY et al. v. WELLS FARGO BANK, N.A.

Wells Fargo Bank filed a dispossessory action against Gregory Dabney in magistrate court. Following an unfavorable ruling, Dabney filed three separate appeals in the superior court. On September 22, 2014, the superior court dismissed all three appeals filed by Dabney. Ten days later, on October 2, 2014, Dabney filed this application for discretionary appeal. We, however, lack jurisdiction.

Generally, an application for discretionary appeal must be filed within 30 days of entry of the order sought to be appealed. OCGA § 5-6-35 (d). But the underlying subject matter of an appeal controls over the relief sought in determining the proper appellate procedure. *Rebich v. Miles*, 264 Ga. 467, 467-468 (448 SE2d 192) (1994). OCGA § 44-7-56 provides that an appeal from any dispossessory judgment must be filed within seven days of the date the judgment was entered. See *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521 (521 SE2d 456) (1999). Because OCGA § 44-7-56 requires a judgment in a dispossessory action to be appealed within seven days of the entry of the final judgment, this application is untimely. Accordingly, it is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  10/23/2014
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.